Newton B. Gorham, Respondent, *v.* James H. Jackson, Appellant, Impleaded with Another.

*Contract — breach of option for sale of corporate stock.*

*Gorham* v. *Jackson*, 188 App. Div. 999, affirmed.

. (Argued December 8, 1921; decided January 10, 1922.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 6, 1919, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for the alleged breach of an option for the sale of certain shares of corporate stock, owned by defendant, appellant, by the sale of said stock to another before the expiration of said option.

*Charles D. Newton* and *Sireno F. Adams* for appellant.

*Herbert A. Heminway* and *John F. Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Pound, Crane and Andrews, JJ. Dissenting: Hiscock, Ch. J., Hogan and McLaughlin, JJ.